# United States District Court
## For The Western District of North Carolina
### Statesville Division

CHARLES E. KIMBROUGH,

          Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                      5:10CV167

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2011 Order.

                         Signed: November 22, 2011

                         Frank G. Johns, Clerk
                         United States District Court