# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHARLES E. KIMBROUGH,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:10CV167

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2011 Order.

Signed: November 22, 2011

Frank G. Johns, Clerk
United States District Court