IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-167-RLV-DCK

| CHARLES E. KIMBROUGH, | ) | |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| MICHAEL J. ASTRUE, **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 32) filed December 7, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS THEREFORE ORDERED** that "Plaintiff's Motion For Attorney Fees Under § 406(b) Of The Social Security Act" (Document No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $4,323.00 from Plaintiff's back benefits.

Signed: December 10, 2012

David C. Keesler
United States Magistrate Judge